Commonwealth *v.* Soudani, Appellant.

Submitted September 13, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Sami H. Soudani,* appellant, in propria persona.

*Joseph S. Ammerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 16, 1960:

The order of the Court of Quarter Sessions of Clearfield County dated June 21, 1960, is affirmed on the opinion of President Judge PENTZ, as reported in 22 Pa. D. & C. 2d 314, with the modification that the reduction in amount is made effective as of March 9, 1960.